UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  Case No. 07-21608 JKO

DESIGNERS SERVICE BUREAU, INC.  Chapter 7

Debtor(s)
_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

(x)  The Trustee has a balance of $333.20 remaining in her bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )  The Trustee has a balance of $0.00 remaining in her bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made apart of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to affect closing of this estate.

Dated: February 9, 2011

SONYA L. SALKIN, TRUSTEE
1776 N. Pine Island Rd.
Suite 218
Plantation, FL 33322
954-423-4469

cc:
Assistant U.S. Trustee's Office
51 SW 1st Ave.
Room 1204
Miami, FL 33031

Printed: 02/09/11 06:37 PM

# Stale Check Report

Page: 1

Trustee: SONYA L. SALKIN, TRUSTEE (290630)
Case: 07-21608 - DESIGNERS SERVICE BUREAU, INC.

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| /83-66 | 10128 | 02/09/11 | Clerk, U.S. Bankruptcy Court | | | $333.20 |
| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| -66  16 | | 10122 | 03/28/08 | 610 | Principal Life Insurance Company c/o Butters Realty Attn: Celeste Wheeler 6820 Lyons Technology Circle, #100 Coconut Creek, FL 33073 | 27,343.28 | 27,343.28 | 333.20 | 333.20 |

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.